# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LOUIS FROBE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 11-CV-1722 |
| vs. ) | |
| ) | Hon. Rebecca R. Pallmeyer |
| ) | |
| VILLAGE OF LINDENHURST, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT LISA MADIGAN'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), defendant Lisa Madigan moves for dismissal of the claim against her in Count I of plaintiff's complaint (the only claim against her). The grounds for this motion are set forth in Defendant Lisa Madigan's Memorandum in Support of Her Motion to Dismiss, which she incorporates by reference.

Dated: May 12, 2011

LISA MADIGAN
Attorney General of Illinois

Respectfully submitted,

*/s/ Michael T. Dierkes*
Michael T. Dierkes
Office of the Illinois Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3000

Counsel for Defendant Madigan

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on May 12, 2011, he caused copies of the foregoing **Defendant Lisa Madigan's Motion to Dismiss** to be served on all registered counsel via the Northern District of Illinois Electronic Filing System.

                                                    */s/ Michael T. Dierkes*
                                                    Michael T. Dierkes