# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1722 | **DATE** | 5/18/2011 |
| **CASE TITLE** | Louis Frobe vs. Village of Lindenhurst, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants' motions to dismiss [28, 31, 33] are entered and continued for briefing. Responses due 7/1/2011; replies 7/22/2011; ruling set for 8/9/2011 at 9:30 AM. Rule 16 conference set for 5/2/2011 is stricken.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|