Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1722 | **DATE** | 8/26/2011 |
| **CASE TITLE** | Louis Frobe vs. Village of Lindenhurst, et al | | |

**DOCKET ENTRY TEXT**

Ruling on motions to dismiss set for 8/29/2011 is stricken.  Ruling will be made by mail.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|