

**THOMAS G. BRUTON**
  **CLERK**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

April 9, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

    RE: Louis Frobe v. Village of Lindenhurst, et al.,

    U.S.D.C. DOCKET NO. *: 11 CV 1722*

    U.S.C.A. DOCKET NO. : 14-1617

    Dear Mr. Agnello:

    Please find attached the original record on appeal consisting of the following:

    VOLUME(S) OF *ELECTRONIC* PLEADING(S)    3

    VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)

    VOLUME(S) OF DEPOSITION(S)

    EXHIBITS:

    VAULT ITEMS:    1 Vault Item (Sealed Item)

    OTHER (SPECIFY):

    SPECIAL NOTE:

    Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

            Very truly yours,

            Thomas G. Bruton, Clerk

            By: /s/ Sheila Moore, Deputy Clerk

**I, THOMAS G. BRUTON, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

    3 Volumes of Pleadings
    1 Vault Item (Sealed Item)

In the cause entitled: Louis Frobe v. Village of Lindenhurst, et al.,.

USDC NO.     : 11 CV 1722

USCA NO.     : 14-1617

    IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 9th day of April 2014.

    THOMAS G. BRUTON, CLERK

    By: /s/ Sheila Moore, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
April 9, 2014

# United States District Court
## Northern District of Illinois
## 219 South Dearborn Street
## Chicago, Illinois  60604

I, THOMAS G. BRUTON, CLERK of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the following is transmitted as part of the record on appeal in the cause entitled:

USDC No.: 11 CV 1722

USCA No.: 14-1617

| FILED DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 12/5/12 | 102 | Sealed Item |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid court at Chicago Illinois, this 9th day of April 2014.

THOMAS G. BRUTON, CLERK

By: /s/ Sheila Moore, Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
-
April 9, 2014

APPEAL,MARTIN

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6,1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:11-cv-01722
## Internal Use Only

Frobe v. Village of Lindenhurst et al
Assigned to: Honorable Rebecca R. Pallmeyer
Case in other court:      14-01617

Date Filed: 03/11/2011
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

Cause: 28:1331 Federal Question: Other Civil Rights

**Plaintiff**

**Louis Frobe**    represented by    **Torreya Lyn Hamilton**
Hamilton Law Office, LLC
53 West Jackson Boulevard
Suite 452
Chicago, IL 60604
312.726.3173
Fax: 312.726.3157
Email: tlh@thehamiltonlawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth Roslyn Uribe**
The Hamilton Law Office
53 West Jackson Boulevard
Suite 452
Chicago, IL 60604
(312) 726-3173
Email: eru@thehamiltonlawoffice.com
*ATTORNEY TO BE NOTICED*

**Kevin Thomas Turkcan**
The Hamilton Law Office, LLC
53 West Jackson Boulveard
Suite 452
Chicago, IL 60604

(312) 726-3173
Email: ktt@thehamiltonlawoffice.com
*ATTORNEY TO BE NOTICED*

**Thomas Patrick Needham**
Law Office of Thomas P. Needham
53 West Jackson Boulevard
Suite 452
Chicago, IL 60604
312-726-3171
Email: tpn@needhamlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Village of Lindenhurst**               represented by **Daniel P Duffy**
*a municipal corporation*                Peterson, Johnson & Murray, SC
                                         120 North LaSalle Street
                                         Suite 2850
                                         Chicago, IL 60602
                                         (312)782-7150
                                         Email: dduffy@pjmlaw.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Brandon K Lemley**
                                         Querrey & Harrow, Ltd.
                                         175 West Jackson Boulevard
                                         Suite 1600
                                         Chicago, IL 60604-2827
                                         (312) 540-7000
                                         Email: blemley@querrey.com
                                         *TERMINATED: 03/20/2012*

**Defendant**

**John F Fisher**                        represented by **Daniel P Duffy**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

        **Brandon K Lemley**
        (See above for address)
        *TERMINATED: 03/20/2012*

**Defendant**

**Ralph H Goar**    represented by **Daniel P Duffy**
*Lindenhurst Police officers*         (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Brandon K Lemley**
        (See above for address)
        *TERMINATED: 03/20/2012*

**Defendant**

**John E Mars**    represented by **Daniel P Duffy**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Brandon K Lemley**
        (See above for address)
        *TERMINATED: 03/20/2012*

**Defendant**

**Michael J Waller**    represented by **Daniel L. Jasica**
*Lake County State's Attorney*         Lake County State's Attorney's Office
*TERMINATED: 12/10/2012*         18 N. County Street
        3rd Floor
        Waukegan, IL 60085
        847-377-3050
        Fax: 847-360-0661
        Email: djasica@lakecountyil.gov
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Stephen Joseph Rice**
        Lake County State's Attorney's Office
        18 N. County St.
        3rd Floor
        Waukegan, IL 60085

(847) 377-3050
Fax: (847) 360-0661
Email: srice@lakecountyil.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lisa Madigan** represented by **Michael T. Dierkes**
*Illinois Attorney General*  Illinois Attorney General's Office (100 W)
100 West Randolph Street
Chicago, IL 60601
(312) 814-3672
Email: mdierkes@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Nerheim** represented by **Daniel L. Jasica**
*Lake County State's Attorney*  (See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Joseph Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2011 | 1 | COMPLAINT filed by Louis Frobe; jury demand. Filing fee $ 350, receipt number 0752-5791863.(Hamilton, Torreya) (Entered: 03/11/2011) |
| 03/11/2011 | 2 | CIVIL Cover Sheet (Hamilton, Torreya) (Entered: 03/11/2011) |
| 03/11/2011 | 3 | ATTORNEY Appearance for Plaintiff Louis Frobe by Torreya Lyn Hamilton (Hamilton, Torreya) (Entered: 03/11/2011) |
| 03/14/2011 | | CASE ASSIGNED to the Honorable Rebecca R. Pallmeyer. Designated as Magistrate Judge the Honorable Morton Denlow. (mh, ) (Entered: 03/14/2011) |
| 03/15/2011 | 4 | ATTORNEY Appearance for Plaintiff Louis Frobe by Elizabeth Roslyn Uribe (Uribe, Elizabeth) (The incorrect document (PDF file) was linked to the entry.) (Entered: 03/15/2011) |

| | | |
|---|---|---|
| 03/15/2011 | 5 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing set for 5/19/2011 at 09:00 AM, courtroom 2119. Mailed notice (etv, ) (Entered: 03/15/2011) |
| 03/15/2011 | 6 | ATTORNEY Appearance for Plaintiff Louis Frobe by Thomas Patrick Needham (Needham, Thomas) (Entered: 03/15/2011) |
| 03/15/2011 | 7 | ATTORNEY Appearance for Plaintiff Louis Frobe by Elizabeth Roslyn Uribe *Amended* (Uribe, Elizabeth) (Entered: 03/15/2011) |
| 03/16/2011 | 8 | NOTICE of Correction regarding attorney appearance 4 . (mjc, ) (Entered: 03/16/2011) |
| 03/17/2011 | 9 | SUMMONS Issued as to Defendants John F Fisher, Ralph H Goar, Lisa Madigan, John E Mars, Village of Lindenhurst, Michael J Waller. (mjc, ) (Entered: 03/18/2011) |
| 03/23/2011 | 10 | SUMMONS Returned Executed by Louis Frobe as to Village of Lindenhurst on 3/22/2011, answer due 4/12/2011. (Uribe, Elizabeth) (Entered: 03/23/2011) |
| 03/23/2011 | 11 | SUMMONS Returned Executed by Louis Frobe as to Ralph H Goar on 3/22/2011, answer due 4/12/2011. (Uribe, Elizabeth) (Entered: 03/23/2011) |
| 03/23/2011 | 12 | SUMMONS Returned Executed by Louis Frobe as to John E Mars on 3/22/2011, answer due 4/12/2011. (Uribe, Elizabeth) (Entered: 03/23/2011) |
| 03/23/2011 | 13 | SUMMONS Returned Executed by Louis Frobe as to John F Fisher on 3/22/2011, answer due 4/12/2011. (Uribe, Elizabeth) (Entered: 03/23/2011) |
| 03/23/2011 | 14 | SUMMONS Returned Executed by Louis Frobe as to Michael J Waller on 3/22/2011, answer due 4/12/2011. (Uribe, Elizabeth) (Entered: 03/23/2011) |
| 03/23/2011 | 15 | SUMMONS Returned Executed by Louis Frobe as to Lisa Madigan on 3/17/2011, answer due 4/7/2011. (Uribe, Elizabeth) (Entered: 03/23/2011) |
| 03/23/2011 | 16 | ATTORNEY Appearance for Defendant Lisa Madigan by Michael T. Dierkes (Dierkes, Michael) (Entered: 03/23/2011) |
| 03/31/2011 | 17 | MOTION by Defendant Lisa Madigan for extension of time to file answer regarding complaint 1 (Dierkes, Michael) (Entered: 03/31/2011) |
| 03/31/2011 | 18 | NOTICE of Motion by Michael T. Dierkes for presentment of motion for extension of time to file answer, motion for relief 17 before Honorable Rebecca R. Pallmeyer on 4/6/2011 at 08:45 AM. (Dierkes, Michael) (Entered: 03/31/2011) |
| 04/01/2011 | 19 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Defendant Lisa Madigan's unopposed first motion for extension of time to answer or otherwise plead 17 granted to and including 5/12/2011. Status hearing set for 5/19/2011 stricken. The parties are directed to appear through lead counsel for a pretrial conference pursuant to Fed. R. Civ. P. 16. on 5/26/2011 at 9:00 AM. Counsel are requested promptly to meet face-to-face for a discussion of |

| | | |
|---|---|---|
| | | possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference. Mailed notice (etv, ) (Entered: 04/01/2011) |
| 04/04/2011 | 20 | ~~ATTORNEY Appearance for Defendants John F Fisher, Ralph H Goar, John E Mars, Village of Lindenhurst by Brandon K Lemley (Lemley, Brandon) (Entered: 04/04/2011)~~ |
| 04/04/2011 | 21 | ~~ATTORNEY Appearance for Defendant Michael J Waller by Stephen Joseph Rice (Rice, Stephen) (Entered: 04/04/2011)~~ |
| 04/04/2011 | 22 | ~~ATTORNEY Appearance for Defendant Michael J Waller by Daniel L. Jasica (Jasica, Daniel) (Entered: 04/04/2011)~~ |
| 04/04/2011 | 23 | MOTION by Defendants John F Fisher, Ralph H Goar, John E Mars, Village of Lindenhurst for extension of time to file answer regarding complaint 1 *to answer or otherwise plead until May 12, 2011* (Lemley, Brandon) (Entered: 04/04/2011) |
| 04/04/2011 | 24 | MOTION by Defendant Michael J Waller for extension of time to file answer regarding complaint 1 (Rice, Stephen) (Entered: 04/04/2011) |
| 04/04/2011 | 25 | ~~NOTICE of Motion by Stephen Joseph Rice for presentment of motion for extension of time to file answer, motion for relief 24 before Honorable Rebecca R. Pallmeyer on 4/7/2011 at 08:45 AM. (Rice, Stephen) (Entered: 04/04/2011)~~ |
| 04/05/2011 | 26 | ~~NOTICE of Motion by Brandon K Lemley for presentment of motion for extension of time to file answer, motion for relief 23 before Honorable Rebecca R. Pallmeyer on 4/7/2011 at 08:45 AM. (Lemley, Brandon) (Entered: 04/05/2011)~~ |
| 04/05/2011 | 27 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Lindenhurst Defendants' motion to extend time to Answer or otherwise plead until May 12, 2011 23 granted. Defendant Michael Waller's unopposed first motion for an extension of time 24 granted to 5/12/2011. Rule 16 conference set for 5/26/2011 to stand. Mailed notice (etv, ) (Entered: 04/05/2011) |
| 05/12/2011 | 28 | MOTION by Defendant Lisa Madigan to dismiss (Dierkes, Michael) (Entered: 05/12/2011) |
| 05/12/2011 | 29 | MEMORANDUM by Lisa Madigan in support of motion to dismiss 28 (Dierkes, Michael) (Entered: 05/12/2011) |
| 05/12/2011 | 30 | ~~NOTICE of Motion by Michael T. Dierkes for presentment of motion to dismiss 28 before Honorable Rebecca R. Pallmeyer on 5/18/2011 at 08:45 AM. (Dierkes, Michael) (Entered: 05/12/2011)~~ |
| 05/12/2011 | 31 | MOTION by Defendants Village of Lindenhurst, Ralph H Goar, John F |

| | | |
|---|---|---|
| | | Fisher, John E Mars to dismiss (Lemley, Brandon) (Entered: 05/12/2011) |
| 05/12/2011 | 32 | ~~NOTICE of Motion by Brandon K Lemley for presentment of motion to dismiss 31 before Honorable Rebecca R. Pallmeyer on 5/18/2011 at 08:45 AM. (Lemley, Brandon) (Entered: 05/12/2011)~~ |
| 05/12/2011 | 33 | MOTION by Defendant Michael J Waller to dismiss (Rice, Stephen) (Entered: 05/12/2011) |
| 05/12/2011 | 34 | ~~NOTICE of Motion by Stephen Joseph Rice for presentment of motion to dismiss 33 before Honorable Rebecca R. Pallmeyer on 5/18/2011 at 08:45 AM. (Rice, Stephen) (Entered: 05/12/2011)~~ |
| 05/18/2011 | 35 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Motion hearing held. Defendants' motions to dismiss [28, 31, 33] are entered and continued for briefing. Responses due 7/1/2011; replies 7/22/2011; ruling set for 8/9/2011 at 9:30 AM. Rule 16 conference set for 5/2/2011 is stricken. Mailed notice (etv, ) (Entered: 05/18/2011) |
| 06/30/2011 | 36 | MOTION by Plaintiff Louis Frobe for extension of time, MOTION by Plaintiff Louis Frobe for leave to file excess pages (Uribe, Elizabeth) (Entered: 06/30/2011) |
| 06/30/2011 | 37 | ~~NOTICE of Motion by Elizabeth Roslyn Uribe for presentment of extension of time, motion for leave to file excess pages 36 before Honorable Rebecca R. Pallmeyer on 7/6/2011 at 08:45 AM. (Uribe, Elizabeth) (Entered: 06/30/2011)~~ |
| 07/01/2011 | 38 | RESPONSE by John F Fisher, Ralph H Goar, Lisa Madigan, John E Mars, Village of Lindenhurst, Michael J Waller to MOTION by Plaintiff Louis Frobe for extension of timeMOTION by Plaintiff Louis Frobe for leave to file excess pages 36 (Dierkes, Michael) (Entered: 07/01/2011) |
| 07/05/2011 | 39 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Motion for extension of time to file Plaintiff's response in opposition to Defendants' motions to dismiss and for leave to file a brief in excess of fifteen pages 36 granted. Plaintiff granted leave to file a 37 page combined response to Defendants' motions to dismiss on 7/15/2011. Date for Defendants' replies extended to 8/12/2011. Ruling set for 8/9/2011 is stricken and reset to 8/29/2011 at 9:00 AM. Mailed notice (etv, ) (Entered: 07/05/2011) |
| 07/14/2011 | 40 | RESPONSE by Louis Frobein Opposition to MOTION by Defendant Michael J Waller to dismiss 33 , MOTION by Defendants Village of Lindenhurst, Ralph H Goar, John F Fisher, John E Mars to dismiss 31 , MOTION by Defendant Lisa Madigan to dismiss 28 (Hamilton, Torreya) (Entered: 07/14/2011) |
| 08/12/2011 | 41 | REPLY by Michael J Waller to response in opposition to motion, 40 (Rice, Stephen) (Entered: 08/12/2011) |
| 08/12/2011 | 42 | REPLY by Defendant Lisa Madigan to response in opposition to motion, 40 |

| | | |
|---|---|---|
| | | (Dierkes, Michael) (Entered: 08/12/2011) |
| 08/12/2011 | 43 | REPLY by Defendants John F Fisher, Ralph H Goar, John E Mars, Village of Lindenhurst to response in opposition to motion, 40 , motion to dismiss 31 (Lemley, Brandon) (Entered: 08/12/2011) |
| 08/26/2011 | 44 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Ruling on motions to dismiss set for 8/29/2011 is stricken. Ruling will be made by mail. Mailed notice (etv, ) (Entered: 08/26/2011) |
| 11/15/2011 | 45 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Oral argument on pending motions to dismiss set for 12/19/2011 at 9:30 AM. Mailed notice (etv, ) (Entered: 11/15/2011) |
| 12/19/2011 | 46 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Oral arguments heard on Defendant Lisa Madigan's Motion to Dismiss 28 , Defendants Village of Lindenhurst, and its Police Officers Ralph H. Goar, John E. Mars, and John F. Fisher 31 , and Defendant Michael J. Waller 33 . The Court will stay this case until March 19, 2012. Mailed notice(cdh, ) (cdh, ). (Entered: 12/19/2011) |
| 01/11/2012 | 47 | MINUTE entry before Honorable Rebecca R. Pallmeyer: As this case has been stayed pending the disposition of a Seventh Circuit appeal presenting the same issue, motions to dismiss [28, 31, 33] are terminated without prejudice, to be reinstated when the stay is lifted. Mailed notice (etv, ) (Entered: 01/11/2012) |
| 01/18/2012 | 48 | Defendant Lisa Madigan's Statement re December 19, 2011 Oral Argument STATEMENT by Lisa Madigan (Dierkes, Michael) (Entered: 01/18/2012) |
| 03/17/2012 | 49 | ~~ATTORNEY Appearance for Defendants John F Fisher, Ralph H Goar, John E Mars, Village of Lindenhurst by Daniel P Duffy (Duffy, Daniel) (Entered: 03/17/2012)~~ |
| 03/19/2012 | 50 | MOTION by Defendants John F Fisher, Ralph H Goar, John E Mars, Village of Lindenhurst to substitute attorney (Casey, Kevin) (Entered: 03/19/2012) |
| 03/19/2012 | 51 | ~~NOTICE of Motion by Kevin Mark Casey for presentment of motion to substitute attorney 50 before Honorable Rebecca R. Pallmeyer on 3/26/2012 at 09:00 AM. (Casey, Kevin) (Entered: 03/19/2012)~~ |
| 03/20/2012 | 52 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Joint motion to substitute counsel 50 granted. The law firm of Querrey & Harrow, Ltd., is granted leave to withdraw its appearance on behalf of Defendants Village of Lindenhurst, Ralph H. Goar, John E. Mars, and John F. Fisher. The law firm of Peter, Johnson & Murray Chicago, LLC, is granted leave to file its appearance instanter. Mailed notice (mjc, ) (Entered: 03/21/2012) |
| 03/22/2012 | 53 | MINUTE entry before Honorable Rebecca R. Pallmeyer: The Court extends the stay in this case until June 18, 2012. Mailed notice (etv, ) (Entered: 03/22/2012) |

| | | |
|---|---|---|
| 06/04/2012 | 54 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing set for 6/19/2012 at 09:00 AM. Mailed notice (etv, ) (Entered: 06/04/2012) |
| 06/19/2012 | 55 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing held on 6/19/2012. Defendant Madigan and Defendant Lake County State's Attorney have leave to submit a supplemental memorandum on or before 7/26/2012. Referral to Magistrate Judge Denlow for settlement conference. Status hearing set for 8/16/2012 at 9:00 AM. Mailed notice (etv, ) (Entered: 06/19/2012) |
| 06/19/2012 | 56 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Morton Denlow for the purpose of holding proceedings related to: settlement conference. (etv, ) Mailed notice. (Entered: 06/19/2012) |
| 06/19/2012 | 57 | MINUTE entry before Honorable Morton Denlow:This case has been referred to Judge Denlow to conduct a settlement conference. The parties are directed to review and to comply with Judge Denlow's Standing Order Setting Settlement Conference. Copies are available in chambers or through Judge Denlow's web page at www.ilnd.uscourts.gov. Judge Denlow requires full compliance with this standing order before conducting a settlement conference. Failure to comply with the provisions of the Court's Standing Order Setting Settlement Conference may result in the unilateral cancellation of the settlement conference by the Court. The parties shall jointly contact the courtroom deputy, Linda Garth at 312/435-5857, with mutually agreeable dates or appear at 10:00 a.m. on 7/12/2012 to set a settlement conference date. Because of the volume of settlement conferences conducted by Judge Denlow, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. Parties are required to deliver to chambers or fax to chambers (312/554-8547) copies of their most recent settlement demands and offers at least (3) business days prior to the settlement conference. Mailed notice (ldg, ) (Entered: 06/19/2012) |
| 06/20/2012 | 58 | SUPPLEMENT to memorandum in support of motion 29 , reply 42 (Dierkes, Michael) (Entered: 06/20/2012) |
| 06/20/2012 | 59 | MOTION by Plaintiff Louis Frobe Leave to File A Response To Defendants' Supplemental Memorandum In Support of Their Motions to Dismiss (Hamilton, Torreya) (Entered: 06/20/2012) |
| 06/20/2012 | 60 | ~~NOTICE of Motion by Torreya Lyn Hamilton for presentment of motion for miscellaneous relief 59 before Honorable Rebecca R. Pallmeyer on 7/9/2012 at 09:00 AM. (Hamilton, Torreya) (Entered: 06/20/2012)~~ |
| 06/21/2012 | 61 | RESPONSE by Lisa Madiganin Opposition to MOTION by Plaintiff Louis Frobe Leave to File A Response To Defendants' Supplemental Memorandum In Support of Their Motions to Dismiss 59 (Dierkes, Michael) (Entered: 06/21/2012) |

| | | |
|---|---|---|
| 06/26/2012 | 62 | SUPPLEMENTAL MEMORANDUM by Defendant Michael J Waller to supplement *his Motion to Dismiss [#33]* (Rice, Stephen) Modified by the Clerk's Office on 6/27/2012 (mjc, ). (Entered: 06/26/2012) |
| 06/26/2012 | "TYPE=PICT;ALT=LOCK" | ~~(Court only) ***Motions terminated: MOTION by Defendant Michael J Waller to supplement *his Motion to Dismiss [#33]* 62 . (mjc, ) (Entered: 06/27/2012)~~ |
| 07/09/2012 | 63 | MINUTE entry before Honorable Morton Denlow:Status hearing set for 7/12/2012 is stricken. Settlement Conference is set for 9/13/2012 at 02:00 PM. by agreement of the parties.Mailed notice (ldg, ) (Entered: 07/09/2012) |
| 07/09/2012 | 64 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Motion hearing held. Plaintiff;s motion for leave to respond to Defendants' supplemental reply memorandum 59 entered and continued. Status hearing set for 8/16/2012 is stricken and reset to 8/23/2012 at 9:00 AM. 9:00 AM.Mailed notice (etv, ) (Entered: 07/09/2012) |
| 07/10/2012 | 65 | MINUTE entry before Honorable Rebecca R. Pallmeyer: On the court's own motion, status hearing set for 8/23/2012 is stricken and restr to 9/25/2012 at 09:00 AM. Mailed notice (etv, ) (Entered: 07/10/2012) |
| 09/13/2012 | 66 | MINUTE entry before Honorable Morton Denlow:Settlement conference held on 9/13/2012. Judge Denlow makes a settlement recommendation. The parties shall deliver or fax (312/554-8547) a letter to Judge Denlow's chambers on or before the close of business on 9/18/2012, to advise Judge Denlow whether they accept the Court's recommendation.Mailed notice (ldg, ) (Entered: 09/14/2012) |
| 09/18/2012 | 67 | MINUTE entry before Honorable Morton Denlow:Per Plaintiff's request, the parties have a one week extension to deliver or fax (312/554-8547) a letter to Judge Denlow's chambers on or before the close of business on 9/25/2012, to advise Judge Denlow whether they accept the Court's recommendation.Mailed notice (ldg, ) (Entered: 09/18/2012) |
| 09/25/2012 | 68 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing held on 9/25/2012. Plaintiff's motion for leave to respond to Defendants' supplemental reply memorandum 59 granted. Plaintiff may file supplemental memorandum limited to 15 pages, 14 days after any submission from Defendants. The court notes that Defendants' arguments defending constitutionality of the statute are withdrawn. Defendants all have leave to file supplemental motions to dismiss within seven days. Ruling to be made by mail. Mailed notice (etv, ) (Entered: 09/25/2012) |
| 09/27/2012 | 69 | MINUTE entry before Honorable Morton Denlow: The parties having failed to accept Judge Denlow's settlement recommendation, the referral is closed and the case is returned to the District Judge for further proceedings.Mailed |

| | | |
|---|---|---|
| | | notice (ldg, ) (Entered: 09/27/2012) |
| 10/02/2012 | 70 | REPLY by Michael J Waller to response in opposition to motion, 40 *2nd Supplemental Memorandum* (Rice, Stephen) (Entered: 10/02/2012) |
| 10/02/2012 | 71 | MOTION by Defendant Lisa Madigan to dismiss for lack of jurisdiction (Dierkes, Michael) (Entered: 10/02/2012) |
| 10/02/2012 | 72 | MEMORANDUM by Lisa Madigan in support of motion to dismiss/lack of jurisdiction 71 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Dierkes, Michael) (Entered: 10/02/2012) |
| 10/03/2012 | 73 | MOTION by Defendants John F Fisher, Ralph H Goar, John E Mars, Village of Lindenhurst to file instanter (Attachments: # 1 Exhibit Renewed Motion to Dismiss, # 2 Exhibit Memorandum in Support of Renewed Motion to Dismiss)(Duffy, Daniel) (Entered: 10/03/2012) |
| 10/03/2012 | 74 | ~~NOTICE of Motion by Michael T. Dierkes for presentment of motion to dismiss/lack of jurisdiction 71 before Honorable Rebecca R. Pallmeyer on 10/9/2012 at 08:45 AM. (Dierkes, Michael) (Entered: 10/03/2012)~~ |
| 10/04/2012 | 75 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Defendant's Motion for leave to file instanter 73 their renewed Motion to dismiss plaintiff's complaint is granted. Mailed notice by judge's staff. (srb,) (Entered: 10/05/2012) |
| 10/09/2012 | 76 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Motion hearing held on 10/9/2012. Defendant Attorney General Madigan's motion to dismiss the complaint as moot 71 entered and continued for briefing. Response to be filed by or on 10/23/2012. All Defendants are free to file replies by or on 10/30/2012. Mailed notice (etv, ) (Entered: 10/09/2012) |
| 10/19/2012 | 77 | MOTION by Plaintiff Louis Frobe for extension of time to file response/reply as to motion to dismiss/lack of jurisdiction 71 , order on motion to file instanter, terminate hearings 75 , reply to response to motion 70 *UNOPPOSED* (Uribe, Elizabeth) (Entered: 10/19/2012) |
| 10/19/2012 | 78 | ~~NOTICE of Motion by Elizabeth Roslyn Uribe for presentment of motion for extension of time to file response/reply, motion for relief,,,,,,,, 77 before Honorable Rebecca R. Pallmeyer on 10/25/2012 at 08:45 AM. (Uribe, Elizabeth) (Entered: 10/19/2012)~~ |
| 10/22/2012 | 79 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Unopposed motion for extension of time to file Plaintiff's response in opposition to Defendants' motions to dismiss 77 granted to and including 11/6/2012. Defendants' replies, if any, extended to and including 11/20/2012. Mailed notice (etv, ) (Entered: 10/22/2012) |
| 11/02/2012 | 80 | MOTION by Plaintiff Louis Frobe for extension of time to file response/reply *to Defendants' Motions to Dismiss* (Uribe, Elizabeth) (Entered: 11/02/2012) |

| | | |
|---|---|---|
| 11/02/2012 | 81 | ~~NOTICE of Motion by Elizabeth Roslyn Uribe for presentment of motion for extension of time to file response/reply 80 before Honorable Rebecca R. Pallmeyer on 11/7/2012 at 08:45 AM. (Uribe, Elizabeth) (Entered: 11/02/2012)~~ |
| 11/05/2012 | 82 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Unopposed motion for extension of time to file Plaintiff's response in opposition to Defendants' motion to dismiss 80 granted to and including 11/20/2012. Date for Defendants' replies, if any, extended to and including 12/7/2012. Mailed notice (etv, ) (Entered: 11/05/2012) |
| 11/20/2012 | 83 | MOTION by Plaintiff Louis Frobe for extension of time to file response/reply *UNOPPOSED* (Uribe, Elizabeth) (Entered: 11/20/2012) |
| 11/20/2012 | 84 | ~~NOTICE of Motion by Elizabeth Roslyn Uribe for presentment of motion for extension of time to file response/reply 83 before Honorable Rebecca R. Pallmeyer on 11/27/2012 at 08:45 AM. (Uribe, Elizabeth) (Entered: 11/20/2012)~~ |
| 11/21/2012 | 85 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Unopposed motion for extension of time to file Plaintiff's response in opposition to Defendants' motions to dismiss 83 granted to and including 11/27/2012. Defendants' replies, if any, due by 12/28/2012. Mailed notice (etv, ) (Entered: 11/21/2012) |
| 11/27/2012 | 86 | MOTION by Plaintiff Louis Frobe for leave to file excess pages *in his response briefs* (Uribe, Elizabeth) (Entered: 11/27/2012) |
| 11/27/2012 | 87 | ~~NOTICE of Motion by Elizabeth Roslyn Uribe for presentment of motion for leave to file excess pages 86 before Honorable Rebecca R. Pallmeyer on 12/5/2012 at 08:45 AM. (Uribe, Elizabeth) (Entered: 11/27/2012)~~ |
| 11/27/2012 | 88 | MEMORANDUM by Plaintiff Louis Frobe *in Opposition to The Lindenhurst Defendants' Motions To Dismiss* (Attachments: # 1 Exhibit A)(Hamilton, Torreya) Modified on 11/28/2012 (mjc, ). (Entered: 11/27/2012) |
| 11/27/2012 | 89 | JOINT MEMORANDUM by Plaintiff Louis Frobe *(COMBINED) in Opposition To Defendant Madigan's and Waller's Motions To Dismiss* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hamilton, Torreya) Modified on 11/28/2012 (mjc, ). (Entered: 11/27/2012) |
| 11/29/2012 | 90 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Plaintiff's motion for leave to file his response briefs in excess of fifteen pages 86 granted. Mailed notice (etv, ) (Entered: 11/29/2012) |
| 12/05/2012 | 91 | MOTION by Plaintiff Louis Frobe to substitute party *as to Lake County State's Attorney* (Uribe, Elizabeth) (Entered: 12/05/2012) |
| 12/05/2012 | 92 | ~~NOTICE of Motion by Elizabeth Roslyn Uribe for presentment of motion to substitute party 91 before Honorable Rebecca R. Pallmeyer on 12/10/2012 at~~ |

| | | |
|---|---|---|
| | | 09:00 AM. (Uribe, Elizabeth) (Entered: 12/05/2012) |
| 12/05/2012 | 93 | MOTION by Plaintiff Louis Frobe for leave to file excess pages *in Support of His Motion for Summary Judgment* (Uribe, Elizabeth) (Entered: 12/05/2012) |
| 12/05/2012 | 94 | MOTION by Plaintiff Louis Frobe for summary judgment *on Count I of His Complaint* (Uribe, Elizabeth) (Entered: 12/05/2012) |
| 12/05/2012 | 95 | NOTICE of Motion by Elizabeth Roslyn Uribe for presentment of motion for summary judgment 94 , motion for leave to file excess pages 93 before Honorable Rebecca R. Pallmeyer on 12/10/2012 at 09:00 AM. (Uribe, Elizabeth) (Entered: 12/05/2012) |
| 12/05/2012 | 96 | MEMORANDUM by Louis Frobe in support of motion for summary judgment 94 *On Count I Of Plaintiff's Complaint* (Hamilton, Torreya) (Entered: 12/05/2012) |
| 12/05/2012 | 97 | RULE 56.1(a)(3) Statement by Louis Frobe regarding motion for summary judgment 94 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U)(Uribe, Elizabeth) (Entered: 12/05/2012) |
| 12/05/2012 | 98 | MOTION by Defendant Lisa Madigan to strike MOTION by Plaintiff Louis Frobe for leave to file excess pages *in Support of His Motion for Summary Judgment* 93 , MOTION by Plaintiff Louis Frobe for summary judgment *on Count I of His Complaint* 94 , memorandum in support of motion 96 , notice of motion 95 , Rule 56 statement, 97 (Dierkes, Michael) (Entered: 12/05/2012) |
| 12/05/2012 | 99 | NOTICE of Motion by Michael T. Dierkes for presentment of motion to strike,, motion for relief,,,,,,,, 98 before Honorable Rebecca R. Pallmeyer on 12/10/2012 at 09:00 AM. (Dierkes, Michael) (Entered: 12/05/2012) |
| 12/05/2012 S/C | 102 | LOCAL RULE 56.1(a)(3) Statement of Uncontested Facts by plaintiff Louis Frobe. (RESTRICTED) (mjc, ) (Entered: 12/07/2012) |
| 12/06/2012 | 100 | MOTION by Defendant Michael J Waller to strike MOTION by Plaintiff Louis Frobe for leave to file excess pages *in Support of His Motion for Summary Judgment* 93 , MOTION by Plaintiff Louis Frobe for summary judgment *on Count I of His Complaint* 94 , memorandum in support of motion 96 , Rule 56 statement, 97 *or in the alternative*, MOTION by Defendant Michael J Waller to stay *summary judgment* (Rice, Stephen) (Entered: 12/06/2012) |
| 12/06/2012 | 101 | NOTICE of Motion by Stephen Joseph Rice for presentment of motion to strike,, motion to stay,, motion for relief,,,,,, 100 before Honorable Rebecca |

| | | |
|---|---|---|
| | | R. Pallmeyer on 12/10/2012 at 09:00 AM. (Rice, Stephen) (Entered: 12/06/2012) |
| 12/10/2012 | 103 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Motion hearing held on 12/10/2012. Plaintiff's motion for leave to file excess pages 93 is granted. Plaintiff's motion for summary judgment 94 is entered and continued generally pending ruling on motions to dismiss. Defendants' motions to strike Plaintiff's motion for summary judgment [98, 100] denied. Mailed notice (etv, ) (Entered: 12/10/2012) |
| 12/10/2012 | 104 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Plaintiff's motion to substitute Lake County State's Attorney Michael Nerheim as defendant 91 granted. Former Lake County State's Attorney Michael Waller is to be substituted for current Lake County State's Attorney Michael Nerheim as a defendant in this action. Michael Nerheim added. Michael J Waller (Lake County State's Attorney) terminated.Mailed notice (mjc, ) (Entered: 12/11/2012) |
| 12/28/2012 | 105 | REPLY by Michael Nerheim to Response 89 *incl. Exhibits A & B* (Rice, Stephen) (Entered: 12/28/2012) |
| 12/28/2012 | 106 | REPLY by Defendant Lisa Madigan to memorandum in support of motion 72 , Response 89 (Dierkes, Michael) (Entered: 12/28/2012) |
| 01/04/2013 | 107 | MOTION by Defendants John F Fisher, Ralph H Goar, John E Mars, Village of Lindenhurst for extension of time to file response/reply *in support of their Motion to Dismiss* (Duffy, Daniel) (Entered: 01/04/2013) |
| 01/11/2013 | 108 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Defendants motion to extend time to file their reply in support of their renewed motion to dismiss 107 granted to and 1/14/2013. Mailed notice (etv, ) (Entered: 01/11/2013) |
| 01/14/2013 | 109 | NOTICE by Thomas Patrick Needham of Change of Address (Needham, Thomas) (Entered: 01/14/2013) |
| 01/14/2013 | 110 | NOTICE by Torreya Lyn Hamilton of Change of Address (Hamilton, Torreya) (Entered: 01/14/2013) |
| 01/14/2013 | 111 | NOTICE by Elizabeth Roslyn Uribe of Change of Address (Uribe, Elizabeth) (Entered: 01/14/2013) |
| 01/14/2013 | 112 | REPLY by Defendants John F Fisher, Ralph H Goar, John E Mars, Village of Lindenhurst *in support of their Motion to Dismiss pursuant to Rule 12(b)(6)* (Duffy, Daniel) (Entered: 01/14/2013) |
| 04/26/2013 | 113 | MOTION by Defendant Lisa Madigan for leave to cite supplemental authority in support of motion to dismiss (Dierkes, Michael) (Entered: 04/26/2013) |
| 04/26/2013 | 114 | NOTICE of Motion by Michael T. Dierkes for presentment of motion for miscellaneous relief 113 before Honorable Rebecca R. Pallmeyer on |

| | | |
|---|---|---|
| | | 5/1/2013 at 08:45 AM. (Dierkes, Michael) (Entered: 04/26/2013) |
| 05/01/2013 | 115 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Motion hearing held on 5/1/203. Defendant Attorney General Madigan's motion for leave to cite supplemental authority in support of her motion to dismiss the complaint as moot 113 is granted. Mailed notice (etv, ) (Entered: 05/01/2013) |
| 08/07/2013 | 116 | MOTION by Defendant Lisa Madigan for leave to cite supplemental authority in support of motions to dismiss (Attachments: # 1 Exhibit A)(Dierkes, Michael) (Entered: 08/07/2013) |
| 08/07/2013 | 117 | NOTICE of Motion by Michael T. Dierkes for presentment of motion for miscellaneous relief 116 before Honorable Rebecca R. Pallmeyer on 8/15/2013 at 08:45 AM. (Dierkes, Michael) (Entered: 08/07/2013) |
| 08/09/2013 | 118 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Defendant Lisa Madigan's motion for leave to cite supplemental authority in support of her motions to dismiss [116 ] is granted. No appearance is necessary on August 15, 2013, to present this motion. Mailed notice (ma,) (Entered: 08/09/2013) |
| 09/30/2013 | 119 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Attorney General Lisa Madigan's motion to dismiss 71 is granted. Plaintiff's motion for summary judgment on Count I 94 is stricken. Status hearing set for 10/15/2013 at 9:00 AM. Mailed notice (etv, ) (Entered: 09/30/2013) |
| 09/30/2013 | 120 | MEMORANDUM Opinion and Order Signed by the Honorable Rebecca R. Pallmeyer on 9/30/2013: Mailed notice(etv, ) (Entered: 09/30/2013) |
| 10/04/2013 | 121 | MOTION by Defendant Michael Nerheim to clarify *the Court's Order at Doc 120* (Rice, Stephen) (Entered: 10/04/2013) |
| 10/04/2013 | 122 | NOTICE of Motion by Stephen Joseph Rice for presentment of motion to clarify 121 before Honorable Rebecca R. Pallmeyer on 10/15/2013 at 08:45 AM. (Rice, Stephen) (Entered: 10/04/2013) |
| 10/15/2013 | 123 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing held on 10/15/2013. Motion to clarify the court's memorandum opinion and order (Doc. #121) is granted. Motion to dismiss filed by State's Attorney Waller (Doc. #71) is granted for the reasons state in the court's opinion. Mailed notice (etv, ) (Entered: 10/15/2013) |
| 10/15/2013 | 125 | RENEWED MOTION by Defendants John F Fisher, Ralph H Goar, John E Mars, Village of Lindenhurst to dismiss. (mjc, ) (Entered: 10/18/2013) |
| 10/17/2013 | 124 | ORDER : The Clerk is directed to docket the Village of Lindenhurst's motion for leave 73 as a motion to dismiss with a filing date of October 15, 2013. Signed by the Honorable Rebecca R. Pallmeyer on 10/17/2013.Mailed notice(mjc, ) (Entered: 10/18/2013) |
| 10/21/2013 | 126 | MOTION by Defendants John F Fisher, Ralph H Goar, John E Mars, Village of Lindenhurst to amend/correct *docketing of briefing on Motion to Dismiss* |

| | | |
|---|---|---|
| | | (Duffy, Daniel) (Entered: 10/21/2013) |
| 10/21/2013 | 127 | ~~NOTICE of Motion by Daniel P Duffy for presentment of motion to amend/correct 126 before Honorable Rebecca R. Pallmeyer on 11/5/2013 at 08:45 AM. (Duffy, Daniel) (Entered: 10/21/2013)~~ |
| 10/23/2013 | 128 | MINUTE entry before Honorable Rebecca R. Pallmeyer: Motion for an order docketing briefing on motion to dismiss 126 granted. The briefs relative to renewed motion to dismiss 125 were previously filed. Therefore Docket Nos. 73-2, 88 and 112 are the briefs related to the motion to dismiss 125 . Mailed notice (etv, ) (Entered: 10/23/2013) |
| 11/15/2013 | 129 | ~~ATTORNEY Appearance for Plaintiff Louis Frobe by Kevin Thomas Turkcan (Turkcan, Kevin) (Entered: 11/15/2013)~~ |
| 03/07/2014 | 130 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants' motion 125 is granted in part and denied part. Counts III and V are dismissed. Although the Officers had probable cause to arrest Plaintiff for eavesdropping, his false arrest claim (Count II) otherwise survives. Finally, Defendants' motion to dismiss Counts IV and VI is denied. Enter Memorandum Opinion and Order. [For Further Details See Separate Order.] Mailed notice (meg, ) (Entered: 03/07/2014) |
| 03/07/2014 | 131 | MEMORANDUM Opinion and Order. Signed by the Honorable Rebecca R. Pallmeyer on 3/7/2014. Mailed notice(meg, ) (Entered: 03/07/2014) |
| 03/07/2014 | 132 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing set for 3/21/2014 at 9:00 a.m. Mailed notice (meg, ) (Entered: 03/07/2014) |
| 03/21/2014 | 133 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 3/21/2014. Status hearing set for 4/17/2014 at 9:30 AM. Mailed notice (etv, ) (Entered: 03/21/2014) |
| 03/21/2014 | 134 | NOTICE of appeal by John F Fisher, Ralph H Goar, John E Mars regarding orders 131 Filing fee $ 505, receipt number 0752-9318233. (Duffy, Daniel) (Entered: 03/21/2014) |
| 03/24/2014 | 135 | ~~NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 134 . (et, ) (Entered: 03/24/2014)~~ |
| 03/24/2014 | 136 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 134 . Notified counsel. (et, ) (Entered: 03/24/2014)~~ |
| 03/24/2014 | 137 | ~~ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 134 ; USCA Case No. 14-1617. (ea, ) (Entered: 03/25/2014)~~ |

**KEY**

**Majority of the items are included in this record.**
**All crossed out items are not included in the record.**

S/C: These item are sent under a separate certificate.