

**THOMAS G. BRUTON**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



312-435-5670

April 9, 2014

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Louis Frobe v. Village of Lindenhurst, et al.,

U.S.D.C. DOCKET NO. : *11 CV 1722*

U.S.C.A. DOCKET NO. : 14-1617

U.S.C.A. 7TH CIRCUIT
RECEIVED SDP
APR 9 2014
GINO J. AGNELLO
CLERK

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S)    3

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:              **1 Vault Item (Sealed Item)**

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: /s/ Sheila Moore, Deputy Clerk